U.S. COURTS

2002 DEC 11 P 3:23

REC'D____ FILED____
CAMERON S. BURKE,
CLERK, IDAHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTINA ARIPA, et al, ) | |
| Plaintiffs, ) | Case No. CV02-542-N-EJL |
| vs. ) | LITIGATION ORDER |
| CHIARPAH MATHESON, et al, ) | |
| Defendants. ) | |

On November 25, 2002, Plaintiffs filed the above-entitled action.

**THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS**:

1. Plaintiffs shall serve this Order on all parties.

2. Within sixty-nine (69) days from the filing date of the Complaint, pursuant to Local Rule 16.1, the parties shall meet and determine:

    A. A litigation plan[1];

    B. If consenting to the jurisdiction of a magistrate judge is appropriate; and

---

[1] Attached is a Civil Case Litigation Outline which shall be used by the parties in determining their case litigation plan. The Court will expect the outline to be followed unless a showing by the parties is made that the case is highly complex in nature.

LITIGATION ORDER - Page 1
02ORDERS\Aripa_lit.WPD

C.  If the case is suitable for an alternative dispute resolution (ADR) program such as arbitration, mediation[2] or judicial settlement conference.

3. On or before **February 11, 2003**, the parties shall file with the court the Litigation Plan form and, if appropriate, the Consent to Proceed Before a Magistrate Judge form.

4. Within eighty-three (83) days from the filing date of the Complaint, initial disclosures shall be made by the parties pursuant to Federal Rules of Civil Procedure 26.1 and Local Rule 16.1.

5. A telephonic scheduling conference shall be held on **February 25, 2003, at 10:30 a.m.** mountain time, for the purpose of confirming the deadlines proposed by the parties in the Litigation Plan Form and to set the matter for trial.

6. Counsel for Plaintiff shall initiate the conference call by placing it to Diane McDonald, Administrative Assistant, at 208-334-9270 and shall have all appropriate parties on the line.

Dated this 11th day of December, 2002.

EDWARD J. LODGE
UNITED STATES DISTRICT JUDGE

---

[2] Pursuant to Local Rule 16.5, the parties shall discuss and determine whether or not they will participate in a mediation program. Mediation is a process whereby a trained, experienced and impartial neutral, selected by the parties and or the Court, will facilitate discussion, and assist in identifying issues and generating options in an attempt to resolve the dispute which prompted the litigation.

A party can move for withdrawal from the mediation process upon a showing that reasons exist as to why mediation would not be productive or otherwise should not a occur.

LITIGATION ORDER - Page 2
02ORDERS\Aripa_lit.WPD

| DAY | EVENT |
|---|---|
| 1 | Complaint Filed |
| 69 | Parties Meet on Litigation Plan (Local Rule 16.1) |
| 80 | **DISTRICT COURT FILING DEADLINE:** Joint Litigation Plan Form |
| 83 | **Case reviewed by Court for:**<br>**(1) Completion of service (2) Consent to a Magistrate Judge Form**<br>**(3) Litigation Plan Form**<br>Initial Disclosure Deadline (FRCP 26.1, and Local Rule 16.1) |
| 90 | **TELEPHONE SCHEDULING CONFERENCE** |
| 135 | Expert Disclosure by plaintiff |
| 165 | Expert Disclosure by defendant |
| 180 | Rebuttal Expert Disclosure by plaintiff |
| 210 | Pre-Alternative Dispute Resolution (ADR) Discovery Deadline<br>**DISTRICT COURT FILING DEADLINE:** Motion to Amend |
| 240 | ADR Conference (Mediation, Arbitration or Settlement Conference) |
| 247 | **DISTRICT COURT FILING DEADLINE:** ADR Status Report |
| 300 | Final Discovery Deadline |
| 330 | **DISTRICT COURT FILING DEADLINE:** Pre-Trial Motions (6 months before trial)<br>　　Responsive Pleadings Due 21 Days from Receipt of Motion<br>　　Reply Pleadings Due 10 Days from Receipt of Response<br><br>**DISTRICT COURT FILING DEADLINE:** Dispositive Motions<br>　　Responsive Pleadings Due 21 Days from Receipt of Dispositive Motion<br>　　Reply Pleadings Due 10 Days from Receipt of Response |
| 500 | **DISTRICT COURT FILING DEADLINE:** Motions in Limine |
| 517 | **DISTRICT COURT FILING DEADLINE:** Jury Instructions, Trial Brief, Voir Dire |
| 531 | **TRIAL:** Scheduled to begin on Tuesdays at 9:30 a.m. unless otherwise ordered. |

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| Plaintiff(s), | ) <br> ) Case No. CV <br> ) |
| vs. | ) <br> ) **LITIGATION PLAN FORM** <br> ) |
| Defendant(s). | ) <br> ) |

# PLEASE INDICATE <u>DATES</u> WHERE APPLICABLE

1. **Expert Witness Disclosure:**
   Plaintiff: _____
   Defendant: _____
   Rebuttal: _____

2. **Amendment to Pleadings, Joinder of Parties, Pre-ADR Discovery deadline:** _____

3. **ADR Conference: Mediation, Arbitration, Settlement Conference (please choose one) to be held by:** _____

4. **ADR Status Report Due:** _____

5. **Final Discovery Due:** _____

6. **Non-Dispositive & Dispositive Pre-Trial Motions Deadline:** _____
   Responsive Pleadings Due 21 Days from Receipt of Motion
   Reply Pleadings Due 10 Days from Receipt of Response

7. **Proposed Trial Date(s):**
   _____ first preference
   _____ second preference
   _____ third preference

8. **Trial: Jury or Court**

LITIGATION PLAN FORM

9.  **Total Projected Number of Days:** _____

10. **Location:** _____

11. **Referral Status:** To be determined by the Court.


_____          _____
Attorney for Plaintiff                Date


_____          _____
Attorney for Defendant                Date




9.  LITIGATION PLAN FORM

ja

United States District Court
for the
District of Idaho
December 11, 2002

* * CLERK'S CERTIFICATE OF MAILING * *

Re: 2:02-cv-00542

I certify that a copy of the attached document was mailed or faxed to the following named persons:

John C Judge, Esq.
LANDECK WESTBERG JUDGE & GRAHAM
PO Box 9344
Moscow, ID   83843


\_\_\_\_\_ Chief Judge B. Lynn Winmill
✓ Judge Edward J. Lodge
\_\_\_\_\_ Chief Magistrate Judge Larry M. Boyle
\_\_\_\_\_ Magistrate Judge Mikel H. Williams


Cameron S. Burke, Clerk

Date: 12-12-02          BY: _____
                             (Deputy Clerk)