U.S. COURTS

03 FEB 14 PM 3:19

REC'D_____FILED___
CAMERON S. BURKE
CLERK       IDAHO

JOHN C. JUDGE
LANDECK, WESTBERG, JUDGE & GRAHAM, P.A.
414 S. Jefferson
P.O. Box 9344
Moscow, ID  83843
(208) 883-1505
FAX (208) 883-4593
Idaho State Bar Number 3288
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTINA ARIPA and GEORGE ARIPA, wife and husband, | ) ) ) Case No. CV02-542-N-EJL ) |
| Plaintiffs, | ) ) ) NOTICE OF VOLUNTARY |
| v. | ) DISMISSAL WITH PREJUDICE ) AND WITHOUT COSTS |
| CHIARPAH MATHESON, in both his official and individual capacity, COEUR D'ALENE TRIBAL POLICE, COEUR D'ALENE TRIBE, and COEUR D'ALENE TRIBAL COUNCIL, in official and individual capacities, | ) ) ) ) ) ) |
| Defendants. | ) ) |

Plaintiffs Christina Aripa and George Aripa, through their

attorneys, Landeck, Westberg, Judge & Graham, P.A., and pursuant

to Rule 41(a)(1) F.R.C.P., hereby voluntarily dismiss this

NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS -1-

LANDECK, WESTBERG, JUDGE & GRAHAM, P.A.
Attorneys & Counselors at Law
414 S. Jefferson
Post Office Box 9344
Moscow, Idaho  83843-0117
(208)883-1505  FAX: (208)883-4593

action, with prejudice and without costs to either party, based upon a settlement between the parties.

Based upon this dismissal, Plaintiffs hereby request that the cash bonds totalling $200, posted on November 25, 2002, be immediately exonerated and returned to Plaintiffs' counsel at the above address.

This dismissal also eliminates the need for compliance with the Court's Litigation Order of December 11, 2002, and should vacate the telephone scheduling conference scheduled for February 25, 2003, at 10:30 a.m. mountain time.

DATED this 14th day of February, 2003.

LANDECK, WESTBERG, JUDGE & GRAHAM, P.A.

By: _____
John C. Judge
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2003, I caused a true and correct copy of this document to be served on the following in the manner indicated below:

EVERETT B. COULTER, JR.            [ X ] U.S. Mail
EVANS, CRAVEN & LACKIE, P.S.       [   ] Overnight Mail
818 W. RIVERSIDE, SUITE 250        [   ] FAX
SPOKANE, WA 99201-0910             [   ] Hand Delivery

_____
John C. Judge

NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS -2-

LANDECK, WESTBERG, JUDGE & GRAHAM, P.A.
Attorneys & Counselors at Law
414 S. Jefferson
Post Office Box 9344
Moscow, Idaho 83843-0117
(208)883-1505 FAX: (208)883-4593